IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MELVIN BERNARD THOMPSON,**
    **Plaintiff,**

vs.                                            Case No. 5:08cv322/RH/MD

**JANE WINDSOR, et al.,**
    **Defendants.**

---

### REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  On November 13, 2008 plaintiff filed a notice of voluntary dismissal of this civil rights action (doc. 8).  Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be dismissed without prejudice, and the clerk be directed to close the file.

    At Pensacola, Florida, this 19th day of November, 2008.


                                                 /s/ *Miles Davis*
                                                 **MILES DAVIS**
                                                 **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**